IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11559
Summary Calendar
_____

EDWARD CHARLES CROCKETT,

Plaintiff-Appellant,

versus

M.A. THORNE, Officer,
Fort Worth Police Dep't,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:91-CV-470-Y
- - - - - - - - - -

April 14, 1998

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Edward Charles Crockett, Texas prisoner # 615226, argues that the district court abused its discretion during Crockett's civil rights trial by 1) denying his motion for appointment of counsel; 2} refusing to subpoena Crockett's requested witnesses; 3) refusing to allow Crockett to introduce deposition testimony at trial; and 4) allowing the trial to proceed prior to Crockett's receipt of his medical records.  Crockett also argues that the district court's credibility determinations at trial

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

were clearly erroneous because the defendants provided perjured testimony.

We have reviewed the record provided to the court and the briefs of the parties and affirm the rulings made in the district court's pretrial orders and also the judgment dismissing Crockett's civil rights complaint.

AFFIRMED.